Cat. 3                                                                                                                    EW

**United States District Court**
**Northern District of Illinois**

1:23-cv-01977
Judge John J. Tharp, Jr.
Magistrate Judge Jeffrey Cole
PC12

**Prisoner Civil Cover Sheet** RANDOM

**Plaintiff(s):**
JAMES DEGORSKI

**Defendant(s):**
CHARLES TRUITT

**County of Residence:**
WILL

**County of Residence:**

**Plaintiff's Address:**
**Name:** JAMES DEGORSKI

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Unit Field:** M09414

**(Prisoner ID Field (USM# ONLY))**

**Address:**
STATEVILLE - STV
P.O. BOX 112
JOLIET, IL 60434

**FILED**
MAR 29 2023 *KA*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

| Plaintiff: | Defendant: |

**Origin:**
☒ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 - Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☒ No

**Signature:** K. Albert            **Date:** 03/29/2023

Rev. 02/12/2019